JOEL McCUNE et al., Respondents, v BLACK RIVER CONSTRUCTORS et al., Appellants. [639 NYS2d 203] 

The court erred, however, in denying that part of defendants' motion for summary judgment seeking dismissal of the Labor Law § 200 cause of action. Defendants established that they exercised no supervisory control over the method of plaintiff's work (*see, Comes v New York State Elec. & Gas Corp.*, 82 NY2d 876, 877). Defendants' general supervisory authority over safety standards at the work site is insufficient to establish defendants' liability under section 200 (*see, McSweeney v Rochester Gas & Elec. Corp.*, 216 AD2d 878, *lv denied* 86 NY2d 710; *Mamo v Rochester Gas & Elec. Corp.*, 209 AD2d 948, 949, *lv dismissed* 85 NY2d 924).

We, therefore, modify the order on appeal by granting that part of defendants' motion for summary judgment seeking dismissal of the Labor Law § 200 cause of action, and otherwise affirm. (Appeal from Order of Supreme Court, Jefferson County, Schwerzmann, J.—Labor Law.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.